AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | |
|---|---|
| Scott Reeder and the Illinois Policy Institute (d/b/a Illinois News Network) <br><br> *Plaintiff(s)* <br> v. <br> Michael J. Madigan, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:14-cv-03041 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael J. Madigan, Speaker of the Illinois House of Representatives
300 Capitol Building
Springfield, Illinois 62706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacob Huebert
Liberty Justice Center
190 S. LaSalle Street, Suite 1630
Chicago, Illinois 60603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/6/2014                     _/s/ Kenneth A. Wells_
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Scott Reeder and the Illinois Policy Institute (d/b/a Illinois News Network)

*Plaintiff(s)*

v.

Michael J. Madigan, et al.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:14-cv-03041

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steve Brown
300 Capitol Building
Springfield, Illinois 62706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacob Huebert
Liberty Justice Center
190 S. LaSalle Street, Suite 1630
Chicago, Illinois 60603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/6/2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

Scott Reeder and the Illinois Policy Institute (d/b/a Illinois News Network)

*Plaintiff(s)*

v.

Michael J. Madigan, et al.

*Defendant(s)*

Civil Action No. 3:14-cv-03041

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sen. John Cullerton
327 Capitol Building
Springfield, Illinois 62706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacob Huebert
Liberty Justice Center
190 S. LaSalle Street, Suite 1630
Chicago, Illinois 60603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/6/2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| Scott Reeder and the Illinois Policy Institute (d/b/a Illinois News Network)<br><br>*Plaintiff(s)*<br>v.<br>Michael J. Madigan, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:14-cv-03041<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rikeesha Phelon
313 Capitol Building
Springfield, Illinois 62706


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jacob Huebert
Liberty Justice Center
190 S. LaSalle Street, Suite 1630
Chicago, Illinois 60603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/6/2014                                   */s/ Kenneth A. Wells*
                                                 *Signature of Clerk or Deputy Clerk*